FILED'10 MAY 11 14:43 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| Jennifer Morris, | 09-CV-321-BR |
| Plaintiff(s), | JUDGMENT OF DISMISSAL |
| v. | |
| Trans Union LLC, et al. | |
| Defendant(s). | |

Based on the Plaintiff's Motion to Dismiss as to GEMB Mervyn (#74) filed May 10, 2010, this action is **DISMISSED** as to GEMB Mervyn only, **with prejudice, and without costs or fees to either party.**

IT IS SO ORDERED.

DATED this 11 day of May, 2010.

ANNA J. BROWN
United States District Judge