FILED 10 MAY 11 14:43 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**Jennifer Morris,**

             Plaintiff(s),

v.

**Trans Union LLC, et al.**

             Defendant(s).

09-CV-321-BR

**JUDGMENT OF DISMISSAL**

Based on the Plaintiff's Motion to Dismiss as to Capital One Bank USA, N.A. (#75) filed May 10, 2010, this action is **DISMISSED** as to Capital One Bank USA, N.A. only, **with prejudice, and without costs or fees to either party.**

IT IS SO ORDERED.

DATED this 11 day of May, 2010.

                                                */s/ Anna J. Brown*
                                                ANNA J. BROWN
                                               United States District Judge